IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPINIONLAB, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>LODSYS, LLC,<br><br>                Defendant. | Civil Action No. 11-cv-4015<br><br>The Hon. George W. Lindberg<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S MOTION TO DISMISS

Defendant Lodsys, LLC respectfully moves this Court for an order dismissing Plaintiff OpinionLab, Inc.'s Complaint For Declaratory Judgment [dkt. No. 1] (the "Complaint"). In support of its motion, Defendant states that for the reasons set forth in Defendant's accompanying memorandum of law, which is incorporated here by reference, that Plaintiff's Complaint should be dismissed.

Wherefore, Defendant respectfully requests that the Court grant its motion and dismiss the Complaint.

Dated: July 5, 2011.
                                                                     Respectfully Submitted,

                                                                     /s/ Michael La Porte
                                                                     Michael R. La Porte
                                                                     mrl@fg-law.com
                                                                     William W. Flachsbart
                                                                     wwf@fg-law.com
                                                                     FLACHSBART & GREENSPOON, LLC
                                                                     333 N. Michigan Avenue, Suite 2700
                                                                     Chicago, Illinois 60601
                                                                     Telephone: (312) 551-9500
                                                                     Facsimile: (312) 551-9501

Michael A. Goldfarb
goldfarb@kdg-law.com
Christopher M. Huck
huck@kdg-law.com
KELLEY, DONION, GILL,
HUCK & GOLDFARB, PLLC
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062

**Attorneys for Defendant Lodsys, LLC**

**CERTIFICATE OF SERVICE**

      The undersigned attorney of record certifies that service of the foregoing document has been made on July 5, 2011, via the Court's CM/ECF system based on its electronic filing, under Local Rules 5.5(a)(3) and General Order 09-014 Section X.E. In this manner, service has been made on all attorneys of record in this case.

                                            /s/ Michael La Porte
                                            Michael R. La Porte