**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OPINIONLAB, INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> LODSYS, LLC. ) <br> ) <br> Defendant. ) | Civil Action Nos. 11-CV-4015 <br> The Hon. Ronald A. Guzman |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff OpinionLab, Inc. ("OpinionLab"), and Defendant Lodsys, LLC ("Lodsys") hereby stipulate to a dismissal with prejudice of the above-entitled action, each party to bear said party's own fees and costs. The parties further stipulate and agree to waive any right to appeal. The parties stipulate and agree that all pending motions shall be deemed withdrawn upon entry of this dismissal.

Dated: October 14, 2011        Respectfully submitted,

OPINIONLAB, INC.

By:   /s/ *Robert J Barz*
Alan L. Barry
Robert J. Barz
K&L GATES LLP
70 West Madison
Suite 3100
Chicago, IL 60602
Telephone: (312) 372-1121

J. Michael Keyes
K&L GATES LLP
618 West Riverside Ave.
Suite 300
Spokane, WA 99201
Telephone: (509) 624-2100
Facsimile: (509)456-0146

Mark G Knedeisen

K&L GATES, LLP
210 Sixth Ave.
Pittsburgh, PA 15222
Telephone: (412) 355-6500

*Attorneys for Plaintiff OpinionLab, Inc.*


By: /s/     *Christopher M. Huck*
William W. Flachsbart
Michael R. La Porte
FLACHSBART & GREENSPOON, LLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601

Michael Goldfarb
Christopher M. Huck
KELLEY, DONION, GILL, HUCK & GOLDFARB, PLLC
701 Fifth Avenue, Suite 6800
Seattle, WA 98104

*Attorneys for Defendant Lodsys, LLC*